UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES MCCLERNON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )            No. 1:20-cv-02322-JPH-DML |
| | ) |
| DAVE WEDDING, | ) |
| | ) |
| Respondent. | ) |

**ORDER GRANTING MOTION TO DISMISS AND MOTION TO AMEND JUDGMENT,
VACATING ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS,
AND DISMISSING ACTION AS MOOT**

On March 9, 2022, the Court granted James McClernon's petition for a writ of habeas corpus. Dkt. 13. On April 5, 2022, the respondent filed a motion to alter or amend judgment. Dkt. 16. The petitioner did not respond. On August 13, 2022, counsel for the petitioner filed a motion to dismiss informing the Court that Mr. McClernon died on July 27, 2022 and requesting that this habeas case be dismissed as moot. Dkt. 17. The respondent did not respond.

Mr. McClernon's death renders this case moot because there is no meaningful relief the Court can grant him. *McClendon v. Trigg*, 79 F.3d 557, 558 (7th Cir. 1996) (petitioner's death mooted habeas petition and required district court to vacate its judgment). When a petition for a writ of habeas corpus becomes moot while the losing party's motion to alter or amend the judgment or appeal is pending, the Supreme Court requires that the district court's merits decision be vacated, and the petition be dismissed as moot. *See Powell v. Indiana Parole Bd.*, No. 21-2167, 2022 WL 2208878, at *1 (7th Cir. June 21, 2022) (citing *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950)).

Therefore, the motion to dismiss, dkt. [17], and the motion to alter or amend judgment, dkt. [16], are granted to the extent that the Court's merits decision, dkt. [13], and final judgment dkt. [14], are **vacated** and the petition is **dismissed as moot**. Final judgment consistent with this Order shall now enter.

**SO ORDERED.**

Date: 10/6/2022

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Michael K. Ausbrook
mausbrook@gmail.com

Jesse R. Drum
INDIANA ATTORNEY GENERAL
jesse.drum@atg.in.gov